173 F.3d 914
 UNITED STATES of America
v.
UNIVERSAL REHABILITATION SERVICES (PA), INC., Appellant.
Richard J. Lukesh, Appellant.
 Nos. 97-1412, 97-1414, 97-1468.
 United States Court of Appeals,
Third Circuit.
 May 4, 1999.
 
 Present: BECKER, Chief Judge, SLOVITER, MANSMANN, GREENBERG, SCIRICA, NYGAARD, ALITO, ROTH, MCKEE, and RENDELL, Circuit Judges.
 Prior report: 167 F.3d 172
 ORDER
 BECKER, Chief Judge.
 
 It is hereby ORDERED that
 
 1
 1. The motion to vacate the Order granting rehearing en banc is denied;
 
 
 2
 2. The motion for leave to file a response to Government's Petition for Rehearing is denied; and
 
 
 3
 3. The case number 97-1468 is hereby removed from the Order dated April 15, 1999 granting Rehearing En Banc.
 
 
 4
 The parties shall file supplemental memoranda in which they set forth what factors should be considered by the District Court in ruling on the admissibility of a testifying co-conspirator's guilty plea; what Third Circuit cases set forth these factors as a consideration; and how these factors apply to the facts of the case before us. Appellant shall file a memorandum within 3 weeks and the Government shall have 2 weeks to reply.